William I. Edlund, State Bar No. 25013
Alan N. Littman, State Bar No. 24053
Robert H. Bunzel, State Bar No. 99395
Howard I. Miller, State Bar No. 251878
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs KEVIN MARTIN,
DAVID NORRIS and FRANK STONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN MARTIN, DAVID NORRIS, FRANK STONE, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, MERRILL LYNCH & CO., INC., BRIAN RILEY and DOES One through Twenty,<br><br>                    Defendants. | Case No. 10-04020 CW<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Judge:       Hon. Claudia Wilken<br>Place:       Dept. 2<br><br>Complaint Filed:   August 6, 2010<br>Trial Date:          None Set |

          Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

          The parties agree to participate in the following ADR Process:   Mediation by an agreed upon mediator with a private mediation service.

-1-

BARTKO ZANKEL
Bartko·Zankel·Tarrant·Miller · Tjarrik & Hartman, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

The parties agree to hold the ADR session by a date to be agreed upon, but no later than March 31, 2011.

DATED: _____, 2010

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation


By _____
William I. Edlund
Attorneys for Plaintiffs
KEVIN MARTIN, DAVID NORRIS
and FRANK STONE

DATED: _____, 2010

MUNGER, TOLLES & OLSON


By _____
Victoria L. Boesch
Attorneys for Defendants
MERRILL LYNCH, PIERCE, FENNER & SMITH,
INCORPORATED, MERRILL LYNCH & CO.,
INC., BRIAN RILEY and DOES One through
Twenty



IT IS SO ORDERED

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

2306.000/478225.1

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
Case No. 10-04020 CW

BARTKOZANKEL
Bartko · Zankel · Tarrant · Miller · LLamb & Harmann, Inc. of Counsel
900 Front Street, Suite 300
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152