| | |
|---|---|
| TERRY E. SANCHEZ (SBN 101318) <br> Terry.Sanchez@mto.com <br> KATHLEEN M. McDOWELL (SBN 115976) <br> Kathleen.McDowell@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Ave. <br> Thirty-Fifth Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> VICTORIA L. BOESCH (SBN 228561) <br> Victoria.Boesch@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, Twenty-Seventh Floor <br> San Francisco, CA 94105-2907 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br><br> Attorneys for Defendants <br> MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MERRILL LYNCH & CO., INC., and BRIAN RILEY | WILLIAM I. EDLUND (SBN 25013) <br> Bedlund@bztm.com <br> ROBERT H. BUNZEL (SBN 99395) <br> rbunzel@bztm.com <br> HOWARD I. MILLER (SBN 251878) <br> hmiller@bztm.com <br> BARTKO, ZANKEL, TARRANT & MILLER <br> A Professional Corporation <br> 900 Front Street, Suite 300 <br> San Francisco, CA 94111 <br> Telephone: (415) 956-1900 <br> Facsimile: (415) 512-4077 <br><br> Attorneys for Plaintiffs KEVIN MARTIN, DAVID NORRIS and FRANK STONE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN MARTIN, DAVID NORRIS, FRANK STONE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; MERRILL LYNCH & CO., INC., BRIAN RILEY and DOES 1-20, <br><br> Defendants. | CASE NO. CV-10-4020-CW <br><br> **STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS AND ORDER** <br><br> Date: March 17, 2010 <br> Time: 2:00 p.m. <br> Judge: Hon. Claudia Wilken <br> Place: Dept. 2, 4th Floor |

Defendants Merrill Lynch, Pierce, Fenner & Smith, Incorporated; Merrill Lynch & Co., Inc.; and Brian Riley and Plaintiffs Kevin Martin, David Norris, and Frank Stone stipulate as follows:

1. WHEREAS, Defendants intend to file a motion for judgment on the pleadings;

2. WHEREAS, the parties have met and conferred to find a mutually convenient hearing date and agree upon a briefing schedule;

NOW, THEREFORE, IT IS AGREED THAT (as set forth in the attached proposed order) the motion for judgment on the pleadings shall be noticed for hearing on March 17, 2011. The briefing schedule shall be as follows: Motion to be filed on or before February 1, 2011, Opposition to be filed on or before February 18, 2011, and Reply to be filed on or before March 3, 2011.

DATED: January 24, 2011               BARTKO, ZANKEL, TARRANT & MILLER

                                      By:  */s/ Robert H. Bunzel*
                                              Robert H. Bunzel

                                      Attorneys for Plaintiffs
                                      KEVIN MARTIN, DAVID NORRIS and
                                      FRANK STONE


DATED: January 24, 2011               MUNGER, TOLLES & OLSON LLP

                                      By:  */s/ Victoria L. Boesch*
                                              Victoria L. Boesch

                                      Attorneys for Defendants
                                      MERRILL LYNCH, PIERCE, FENNER &
                                      SMITH INCORPORATED, MERRILL
                                      LYNCH & CO., INC. and BRIAN RILEY

I, Victoria L. Boesch, attest that I have obtained concurrence from Robert H. Bunzel in the filing of this stipulation. *See* N.D. Cal. General Order 45 § 10(B).

1

2  Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

3  ORDERED that:

4  1. Defendants shall file their motion for judgment on the pleadings by February 1, 2011

5  and set it for hearing on March 17, 2011 at 2:00 p.m.

6  2. Plaintiffs shall file their opposition on or before February 18, 2011.

7  3. Defendants shall file their reply on or before March 3, 2011.

8  IT IS SO ORDERED.

9

10

11  Dated: **1/25/2011**                                    By: _____
                                                                The Honorable Claudia Wilken
12                                                              United States District Judge
                                                                Northern District of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12767531.1                                - 2 -                STIPULATION RE MJOP BRIEFING SCHEDULE AND
                                                               [PROPOSED] ORDER
                                                               CASE NO.: CV-10-4020-CW