IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MARTIN; DAVID NORRIS; FRANK STONE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; MERRILL LYNCH & CO., INC.; BRIAN RILEY and DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C 10-04020 CW |
| JOHN KERR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH & CO., INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, and DOES 1-25, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-01654 CW |

    The parties in the above-captioned, related cases have filed a notice of settlement and stipulation to vacate the June 30, 2011 hearing currently scheduled for the Court to hear class-

certification and dispositive motions, and to continue the case management conference currently scheduled for the Kerr case.

The June 30, 2011 motion hearing and case management conference are vacated. The pending motion for Judgment on the Pleadings filed in the Martin case is denied without prejudice to refiling in the event a settlement is not finalized and approved. Docket No. 39. A case management conference is scheduled for both cases on August 23, 2011 at 2pm. This date can be vacated if a different date is noticed for hearing on a motion to approve the settlement.

IT IS SO ORDERED.

Dated: 5/9/2011

CLAUDIA WILKEN
United States District Judge

2