William I. Edlund, State Bar No. 25013
Robert H. Bunzel, State Bar No. 99395
Howard I. Miller, State Bar No. 251878
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Plaintiffs KEVIN MARTIN,
DAVID NORRIS and FRANK STONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN MARTIN, DAVID NORRIS, FRANK STONE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, MERRILL LYNCH & CO., INC., BRIAN RILEY and DOES One through Twenty,<br><br>Defendants. | Case No. 10-04020 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BRIAN RILEY**<br><br>Judge:   Hon. Claudia Wilken<br><br>Complaint Filed: August 6, 2010<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Kevin Martin, David Norris and Frank Stone, through their counsel ("plaintiffs"), and defendant Brian Riley, through his counsel ("Riley"), stipulate as follows:

1. Riley was named as a defendant in this action, originally filed in state court and removed to this Court on September 8, 2010.

2. Riley and his counsel have requested that he be dismissed from this action with prejudice, and plaintiffs agree to dismiss Riley with prejudice, provided that (a) discovery directed to Riley and any required attendance at deposition, pretrial or trial and compliance with

-1-

2306.000/492365.1   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
OF DEFENDANT BRIAN RILEY
Case No. 10-04020 CW

the Federal Rules may be obtained through his counsel as if Riley remained a named party; (b) it will not be relevant or referred to in further proceedings in this matter that Riley was initially named as a party and later dismissed; (c) Riley through his authorized counsel hereby stipulates that he has not been injured in any way by having been a named party in this case; and (d) defendants Merrill Lynch, Pierce, Fenner & Smith, Incorporated and Merrill Lynch & Co., Inc. agree that all acts of Riley relevant to this case were taken by Riley in the course and scope of his employment by Merrill Lynch, Pierce, Fenner & Smith, Incorporated.

3. Dismissal is as to Riley only and not as to defendants Merrill Lynch, Pierce, Fenner & Smith, Incorporated or Merrill Lynch & Co., Inc.

4. Riley shall bear his own attorney's fees and costs in connection with this case and this Dismissal, and the remaining defendants will not attempt to reduce or segregate any of plaintiffs' attorney's fees and costs as related to prosecution of the action against Riley.

5. Defendants Merrill Lynch, Pierce, Fenner & Smith, Incorporated and Merrill Lynch & Co., Inc. agree to be bound by and join in this Stipulation.

SO STIPULATED.

DATED: May 24, 2011

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation


By _____/s/Robert H. Bunzel_____
Robert H. Bunzel
Attorneys for Plaintiffs
KEVIN MARTIN, DAVID NORRIS and FRANK STONE

-2-

2306.000/492365.1   STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BRIAN RILEY
Case No. 10-04020 CW

DATED: May 24, 2011

                        MUNGER, TOLLES & OLSON

                 By    /s/Victoria L. Boesch
                          Victoria L. Boesch
                        Attorneys for Defendants
     MERRILL LYNCH, PIERCE, FENNER & SMITH,
       INCORPORATED, MERRILL LYNCH & CO.,
                INC., and BRIAN RILEY

Pursuant to the foregoing stipulation, the Court dismisses the claims against defendant Brian Riley with prejudice.

IT IS SO ORDERED.

DATED: __**May 25**__, 2011

                                          CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE