1    William I. Edlund, State Bar No. 25013
     Robert H. Bunzel, State Bar No. 99395
2    Howard I. Miller, State Bar No. 251878
     BARTKO, ZANKEL, TARRANT & MILLER
3    A Professional Corporation
     900 Front Street, Suite 300
4    San Francisco, California  94111
     Telephone:  (415) 956-1900
5    Facsimile:  (415) 956-1152

6    Attorneys for Plaintiffs KEVIN MARTIN,
     DAVID NORRIS and FRANK STONE
7
     James F. Clapp, State Bar No. 145814
8    Marita Murphy Lauinger, State Bar No. 199242
     Zach P. Dostart, State Bar No. 255071
9    DOSTART CLAPP & COVENEY, LLP
     4370 La Jolla Village Drive, Suite 970
10   San Diego, California  92122-1253
     Telephone:  (858) 623-4200
11   Facsimile:  (858) 623-4299

12   Attorneys for Plaintiff JOHN KERR

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16   KEVIN MARTIN, DAVID NORRIS, FRANK        )   Case No. 10-CV-04020 CW
     STONE, individually and on behalf of all other )
17   similarly situated,                       )
                                               )
18              Plaintiffs,                    )
                                               )
19        v.                                   )
                                               )   **STIPULATION AND ORDER**
     MERRILL LYNCH, PIERCE, FENNER &          )   **PERMITTING FILING OF**
20   SMITH, INCORPORATED, MERRILL LYNCH )      **CONSOLIDATED FIRST AMENDED**
     & CO., INC., and DOES 1-20, inclusive,    )   **COMPLAINT**
21                                             )
                Defendants.                    )
22   _____ )
     JOHN KERR, individually and on behalf of all )   Case No. 11-CV-01654 CW
23   other similarly situated,                 )
                                               )
24              Plaintiff,                     )
                                               )
25        v.                                   )
                                               )   Judge:  Hon. Claudia Wilken
26   MERRILL LYNCH & CO., INC., MERRILL        )   Courtroom:  2
     LYNCH, PIERCE, FENNER & SMITH,           )
27   INCORPORATED, and DOES 1-20, inclusive,   )
                                               )   *Martin* Complaint Filed: August 6, 2010
28              Defendants.                    )   *Kerr* Complaint Filed: January 18, 2011
     _____ )

                                 -1-

1    Plaintiffs KEVIN MARTIN, DAVID NORRIS, and FRANK STONE in case no.

2  10-CV-04020 CW, plaintiff JOHN KERR in case no. 11-CV-01654 CW and defendants MERRILL

3  LYNCH, PIERCE, FENNER & SMITH, INCORPORATED and MERRILL LYNCH & CO., INC.

4  in both cases, by and through their respective counsel, stipulate that plaintiffs may file in each of the

5  two cases that consolidated first amended complaint attached hereto as Exhibit A.  By stipulating to

6  the filing of the consolidated first amended complaint, the Merrill Lynch Defendants in no way

7  admit any of the allegations it contains. Defendants' date to respond to the filed consolidated first

8  amended complaint is deferred until thirty (30) days following this Court's Order, if any, denying

9  Final Approval of the parties' pending settlement noted on the record at Dkt. #57 in case no. 10-CV-

10  04020 CW and Dkt. #15 in case no. 11-CV-01654 CW.

11

12

13  DATED:  July 21, 2011                  BARTKO, ZANKEL, TARRANT & MILLER
                                           A Professional Corporation
14

15                                                        /S/
                                           By _____
16                                              Robert H. Bunzel
                                                Attorneys for Plaintiffs
17                                              KEVIN MARTIN, DAVID NORRIS
                                                and FRANK STONE
18

19  DATED:  July 21, 2011                  DOSTART CLAPP & COVENEY, LLP

20

21                                                        /S/
                                           By _____
22                                              James F. Clapp
                                                Attorneys for Plaintiff
23                                              JOHN KERR

24

25

26

27

28
                                           -2-

1   DATED:  July 21, 2011          MUNGER TOLLES & OLSON, LLP

2

3                              /S/

By _____

4                            Victoria L. Boesch
Attorneys for Defendants

5          MERRILL LYNCH, PIERCE, FENNER & SMITH,
INCORPORATED and

6               MERRILL LYNCH & CO., INC.

IT IS SO ORDERED.

7

8   DATED:  **7/28/2011**

_____

9                UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-