William I. Edlund, State Bar No. 25013
Robert H. Bunzel, State Bar No. 99395
Simon R. Goodfellow, State Bar No. 246085
Howard I. Miller, State Bar No. 251878
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiffs KEVIN MARTIN,
DAVID NORRIS and FRANK STONE

James F. Clapp, State Bar No. 145814
Marita Murphy Lauinger, State Bar No. 199242
Zach P. Dostart, State Bar No. 255071
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California  92122-1253
Telephone:  (858) 623-4200
Facsimile:  (858) 623-4299

Attorneys for Plaintiff JOHN KERR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN MARTIN, DAVID NORRIS, FRANK STONE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, MERRILL LYNCH & CO., INC., and DOES 1-20, inclusive,<br><br>Defendants. | No. 10-CV-04020 CW<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES (NO. C 10-4020, DOCKET NOS. 76, 83; NO. C 11-1654, DOCKET NOS. 31, 38**) |
| JOHN KERR, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, and DOES 1-20, inclusive,<br><br>Defendants. | No. 11-CV-1654 CW<br><br>Date:  November 17, 2011<br>Time:  2:00 p.m.<br>Judge:  Hon. Claudia Wilken<br>Place:  Dept. 2<br><br>*Martin* Complaint Filed:  August 6, 2010<br>*Kerr* Complaint Filed:  January 18, 2011 |

2306.000/541559.1        [PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT
                                  Case Nos. 10-CV-04020 CW; 11-CV-01654 CW

1  Having considered the Joint Stipulation of Class Action Settlement and Release dated July 21, 2011 (No. C 10-4020, Dkt. 62; No. C. 11-1654, Dkt. 21) (the "Agreement") and all other materials properly before the Court and having conducted an inquiry pursuant to Federal Rule of Civil Procedure 23, the Court finds that the Agreement was entered by all parties in good faith. The Court approves the Agreement, the present Settlement Amount of $17,720,753.90, including an award of attorneys' fees and costs for Class Counsel in the amount of $4,000,000. The Court also approves the award of a $10,000 enhancement payment to each of the four Class Representatives in the Litigation. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment. Defendants directly or through the Claims Administrator, shall timely deliver payments to the Settlement Class Members, the Class Representatives, and Class Counsel in accordance with the Agreement.

IT IS SO ORDERED.

DATED: __November 22__, 2011

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2306.000/541559.1

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT
Case Nos. 10-CV-04020 CW; 11-CV-01654 CW