**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN MARTIN; DAVID NORRIS; FRANK
STONE, individually and on behalf
of all others similarly situated,

        Plaintiffs,

    v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED; MERRILL
LYNCH & CO., INC.; BRIAN RILEY
and DOES 1-20,

        Defendants.
========================================/

JOHN KERR, individually and on
behalf of all others similarly
situated,

        Plaintiff,

    v.

MERRILL LYNCH & CO., INC.;
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED, and DOES 1-
25, inclusive,

        Defendants.
========================================/

No. C 10-04020 CW
No. C 11-01654 CW

ORDER GRANTING
ADMINISTRATIVE
MOTIIONS TO SEAL
(Docket No. 75,
C 10-04020; Docket
No. 30, C 11-
01654)

     Plaintiffs initially moved, pursuant to this Court's Civil

Local Rules 79-5(b) and 7-11, to file under seal the entirety of

Stephen Heath's Declaration.  At the November 17, 2011 hearing on

Plaintiffs' motions for final approval of the settlement and attorneys' fees, the Court informed Plaintiffs that their request to seal was overbroad and unsupported.  Much of the Heath declaration contained non-sealable information appropriate for the public record.  Pursuant to the Court's instruction, on November 21, 2011, Diane Waller submitted a declaration, establishing that a portion of the Heath declaration contains confidential commercial information, and a redacted version of the declaration. Having reviewed the submissions, the Court grants the motion to seal the redacted portion of the Heath declaration under Civil Local Rule 79-5(c).

IT IS SO ORDERED.

Dated: 11/22/2011

CLAUDIA WILKEN
United States District Judge